**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Donald T. Gazaway,**

**Plaintiff,**

**v.**

**Ohio Department of Corrections, *et al.*,**

**Defendants.**

**Case No. 2:26-cv-888**

**Judge Michael H. Watson**

**Magistrate Judge Vascura**

## ORDER

The Magistrate Judge performed an initial screen of the Complaint in this prisoner civil rights case in which Donald T. Gazaway ("Plaintiff") proceeds without the assistance of counsel. The Magistrate Judge then issued a Report and Recommendation ("R&R"), recommending that the Court dismiss the Complaint under 28 U.S.C. §§ 1915(e)(2) and 1915A(b) for failure to state a claim. R&R, ECF No. 3. The R&R notified Plaintiff of his right to object to that recommendation and of the consequences for failing to do so. *Id.* at 8–9. The deadline for objecting has passed, and Plaintiff did not object.

Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review and **DISMISSES** the Complaint for failure to state a claim.

Pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24(3)(A), the Court **CERTIFIES** that any appeal would not be taken in

good faith, and Plaintiff should not be permitted to proceed *in forma pauperis* on appeal. The Clerk shall enter judgment and terminate this case.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**